AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **WAIVER OF INDICTMENT** |
| GABRIEL MARTINEZ | CASE NUMBER: 07CR3232-LAB |

I, GABRIEL MARTINEZ, the above-named defendant, who is accused of committing the following offense:

Importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 11-29-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer

**FILED**
NOV 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY